IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| ELBERT LEE WILLIAMS, | : | |
| Petitioner. | : | |
| VS. | : | |
| Warden SELLERS, | : | NO. 7:13-CV-121-HL-TQL |
| Respondent. | : | |
|  | : | **O R D E R** |

Petitioner **ELBERT WILLIAMS** has filed a motion to proceed *in forma pauperis* ("IFP") on appeal (Doc. 19). He seeks appeal of the Magistrate Judge's Order (Doc. 10) denying Petitioner's motions that essentially requested expedited review of his habeas corpus action. Petitioner wishes to appeal an Order that is not final and, therefore, not appealable. Accordingly, his motion to proceed IFP on appeal is hereby **DENIED**.

**SO ORDERED**, this 25th day of November, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr

1