IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ELBERT LEE WILLIAMS, : | |
| Petitioner. : | |
| VS. : | |
| Warden SELLERS, : | NO. 7:13-CV-121-HL-TQL |
| Respondent. : | |
| : | **O R D E R** |

Petitioner **ELBERT WILLIAMS** has filed a Notice of Appeal (Doc. 16) with respect to the Court's October 4, 2013 Order (Doc. 10). Said Order denied Petitioner's motions requesting an expedited review of his habeas petition. To the extent that a Certificate of Appealability ("COA") is necessary for Petitioner to appeal, a COA is hereby **DENIED**. Petitioner has not made a substantial showing of the denial of a constitutional right. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**SO ORDERED**, this 10th day of December, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr

1