IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ELBERT LEE WILLIAMS, : | |
| : | |
| Petitioner. : | |
| : | |
| VS. : | |
| : | |
| Warden SELLERS, : | NO. 7:13-CV-121 (HL) |
| : | |
| Respondent. : | |
| : | **O R D E R** |

    While confined at Phillips State Prison ("PSP"), Petitioner **ELBERT LEE WILLIAMS** filed the instant habeas corpus action, in which he challenged the execution of his state court sentence. On December 10, 2013, this Court denied a certificate of appealability with respect to its Orders denying Petitioner's motions for certain injunctive and other expedited relief. The Court mailed a copy of said Order to Petitioner at PSP. On January 3, 2014, the envelope containing said Order was returned to this Court as undeliverable and marked, "RTS - Released – Sentence Expired" (Doc. 23). A review of the Georgia Department of Corrections' website reveals that Petitioner was released on November 23, 2013, following the completion of his sentence. *See* http://www.dcor.state.ga.us/GDC/OffenderQuery/jsp/OffQryRedirector.jsp. Petitioner has not advised this Court of his release or his current address.

    In light of the foregoing, the instant petition is hereby **DISMISSED AS MOOT**. All pending motions are accordingly **DENIED.**

**SO ORDERED**, this 15th day of January, 2014.

               *s/ Hugh Lawson*_____
               HUGH LAWSON
               UNITED STATES DISTRICT JUDGE

cr